# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 162nd District Court, Dallas County, Texas | DC-17-03992 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Plaintiffs - Bachman Investments, LLC | See Attached Sheet |
    | Marquez Bachman, LLC | See Attached Sheet |
    | Green Street Partners dba Villas Del Zocalo 1 | |
    | Villas Del Zocalo 2 and Villas Del Zocalo 3 | |
    | Defendants - Houston Casualty Company (UK Branch) | See Attached Sheet |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?    ✓ Yes    ☐ No

    If "*Yes*," by which party and on what date?

    Plaintiff - Bachman Investments, LLC            4/27/17
    Party                                            Date

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Houston Casualty Company-UK Branch  & Aspen | 5/26/17 |
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | Houston Casualty Company | Not a proper party to this suit - named and served in error. Correct defendant is Houston Casualty Company (UK Branch), which has waived service by making a general appearance. |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiffs | Breach of contract<br>Texas Insurance Code Chapter 541 violations<br>Texas Insurance Code Chapter 542 violations<br>Breach of common-law duty of good faith & fair dealing<br>DTPA violations |

RESPONSE TO NO. 2 (STYLE OF THE CASE):

Patrick Connell McGinnis
State Bar No.:  13631900
Merlin Law Group
Three Riverway, Ste. 701
Houston, Texas 77056
(713) 626-8880
pmcginnis@merlinlawgroup.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

Barrie J. Beer
State Bar No.:  02040750
Amber R. Dunten
State Bar No.:  24010004
Martin Disiere Jefferson & Wisdom, LLP
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700
beer@mdjwlaw.com
dunten@mdjwlaw.com

ATTORNEYS-IN-CHARGE FOR DEFENDANTS